UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07mj239 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | **COMPLAINT** |
| JOSE LUIS JAIMES-PEREZ | ) | |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint (as it pertains to JOSE LUIS JAIMES-PEREZ only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

**SO ORDERED**.

Signed: March 17, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge